**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRYONA WEAVER,

Plaintiff,

v. Case No. 3:26-cv-1645-MMH-LLL

HAWTHORNE RESIDENTIAL
PARTNERS, LLC,

Defendant.
_________________________________/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and Alternative Request for Leave to Amend (Doc. 16; Response), filed August 25, 2026. In the Response, Plaintiff Bryona Weaver, in addition to asserting that Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 10; Motion), filed July 22, 2026, is due to be denied, requests, in the alternative, that the Court grant her leave to amend under Rule 15(a)(2) of the Federal Rules of Civil Procedure (Rule(s)). See Response at 9–13. Preliminarily, the Court notes that a request for affirmative relief, such as a request for leave to amend a pleading, is not properly made when simply included in a response to a motion. See Fed. R. Civ. P. 7(b); see also Rosenberg v. Gould, 554 F.3d 962, 965 (11th Cir. 2009) ("Where a request for leave to file

an amended complaint simply is imbedded within an opposition memorandum, the issue has not been raised properly." (quoting Posner v. Essex Ins. Co., 178 F.3d 1209, 1222 (11th Cir. 1999))).

Moreover, even if it were proper to include this request in the Response, the request is otherwise due to be denied for failure to comply with Local Rule 3.01(g), United States District Court, Middle District of Florida (Local Rule(s)). Local Rule 3.01(g) requires certification that the moving party has conferred with opposing counsel in a good faith effort to resolve the issue raised by the motion and advising the Court whether opposing counsel agrees to the relief requested. See Local Rule 3.01(g). For these reasons, the Court will not entertain Weaver's request for relief included in the Response. Weaver is advised that, if she wishes to pursue such relief, she is required to file an appropriate motion, in accordance with the Rules and the Local Rules.

Accordingly, it is:

**ORDERED**:

To the extent that Weaver requests affirmative relief from the Court, Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and

Alternative Request for Leave to Amend (Doc. 16) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, this 26th day of August, 2026.

Marcia Morales Howard

MARCIA MORALES HOWARD
United States District Judge

lc36

Copies to:
Counsel of Record
Pro se party